# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

Clifford W. Taylor,
Chief Justice

130562
& (19)
(20)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

FRANKLIN CLAYTON,
　　　　　Plaintiff-Appellant,

v

MICHIGAN DEPARTMENT
OF CORRECTIONS,
　　　　　Defendant-Appellee.

SC: 130562
COA: 267124

_____/

　　　　On order of the Court, the application for leave to appeal the April 27, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The miscellaneous motion and the motion to appoint counsel are DENIED.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
Clerk

11120